| | |
|---|---|
| ELEANA LOFFT,<br><br>               Plaintiff,<br><br>      v.<br><br>CENTERPLATE, a Delaware corporation; CENTERPLATE INC. a Delaware corporation; CENTERPLATE OF DELAWARE, INC., a Delaware corporation; and SODEXO, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>               Defendants. | Case No. 2:18-cv-10055 R(MAAx)<br><br><u>Assigned For All Purposes To:</u><br>District Judge Manuel L. Real<br>Courtroom 880<br><br>Magistrate Judge Maria A. Audero<br>Courtroom 690<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   October 23, 2018<br>Trial Date:          October 22, 2019 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(a)(2) that Defendants Volume Services America, Inc. dba Centerplate (erroneously named as "Centerplate"); Centerplate, Inc.; Centerplate of Delaware, Inc.; and Sodexo, Inc. are dismissed with prejudice from Plaintiff's Complaint, and that the above-captioned action is hereby dismissed in its entirety with prejudice.

This dismissal with prejudice pertains to all claims asserted in the action against all defendants (including defendants previously dismissed without prejudice), with each party bearing her/its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 18, 2019

_____
HON. R. GARY KLAUSNER
United States District Court Judge